# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLOTTA OGUNDIMO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEADFAST COMPANIES AND MANAGEMENT COMPANIES,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:14-cv-00324-AWI-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**(Doc. 2)** |

Plaintiff Carlotta Ogundimo filed a complaint on March 7, 2014, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* is GRANTED. Plaintiff's complaint will be screened pursuant to Section 1915(e)(2) in due course.

IT IS SO ORDERED.

　　Dated: __**April 15, 2014**__　　　　　　　__**/s/ Sheila K. Oberto**__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1