# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOTTA OGUNDIMO, et al., | Case No. 1:14-cv-00324-AWI-SKO |
| Plaintiffs, | **FINDINGS AND RECOMMENDATIONS THAT PLAINTIFFS' COMPLAINT BE DISMISSED WITH PREJUDICE FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED** |
| v. | |
| STEADFAST COMPANIES AND MANAGEMENT COMPANIES, | **OBJECTIONS DUE: 21 DAYS** |
| Defendant. | (**Doc**. **No. 1** ) |

_____/

Plaintiffs Carlotta Ogundimo and her minor children, who are proceeding pro se and in forma pauperis, filed this action on March 7, 2014.  On September 3, 2014, the undersigned dismissed Plaintiffs' complaint for failure to state a claim upon which relief may be granted and ordered Plaintiff to file an amended complaint within thirty days.  28 U.S.C. § 1915(e)(2)(B)(ii). To date, Plaintiff has not complied with or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

1    Accordingly, pursuant to 28 U.S.C. § 1915(e), the undersigned HEREBY
2 RECOMMENDS that this action be dismissed, with prejudice, based on Plaintiffs' failure to state
3 any claims upon which relief may be granted.

4    These Findings and Recommendations will be submitted to the United States District
5 Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. ' 636(b)(l).  Within
6 twenty-one (21) days after being served with these Findings and Recommendations, Plaintiff may
7 file written objections with the Court.  The document should be captioned "Objections to
8 Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file
9 objections within the specified time may waive the right to appeal the District Court's order.
10 *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

   Dated:   **October 23, 2014**              **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE